# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2012

143560

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DAVID MARTIN,
        Plaintiff-Appellee,

v

NILES HOUSING COMMISSION,
NILES HOUSING COMMISSION BOARD OF
DIRECTORS, SCOTT CLARK, GEORGIA
BOGGS, and JESSICA MILLAR,
        Defendants-Appellants.

SC: 143560
COA: 300037
Berrien CC: 2008-000378-CZ

_____/

      On order of the Court, the application for leave to appeal the July 1, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012

_____
                Clerk

p0227